UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

Sealed Motion for Revocation on Offender Under Supervised Release
Warrant Requested

| | | | |
|---|---|---|---|
| Name of Offender: | Terry Donnell Harrison | Case Number: | 4:16-CR-51-1FL |
| Name of Sentencing Judge: | Honorable Terrence W. Boyle | | |
| Date of Original Sentence: | July 18, 2017 | | |
| Original Offense: | Distribution and Possession With the Intent to Distribute a Quantity of Cocaine Base (Crack), 21 U.S.C. § 841(a)(1) and 21 U.S.C. § 841(b)(1)(C) | | |
| Original Sentence: | 96 months imprisonment; 12 years supervised release | | |
| Type of Supervision: | Supervised Release | Supervision Started: | 3/24/2025 |
| Defense Attorney: | David William Long | | |

## EARLIER COURT ACTION

11/1/2023  A revocation hearing was held before the Honorable Terrence W. Boyle, U.S. District Judge. The court found as a fact that the defendant violated the terms and conditions of the judgment by committing criminal conduct. The term of supervised release, which commenced on November 25, 2022, was revoked, and Harrison was sentenced to 18 months imprisonment with credit for time served. The court further ordered that upon release from imprisonment, the defendant was to be placed on supervised release under the previously imposed conditions until May 23, 2027.

8/22/2025  Case reassigned to the Honorable Louise W. Flanagan, U.S. District Judge.

## PETITIONING THE COURT

Violation 1 - Using a controlled substance.

On March 27, 2025, the defendant submitted a urine specimen to the U.S. Probation Office in the Western District of North Carolina which tested positive for d-methamphetamine and amphetamine use. The sample was confirmed positive for the same by the National Laboratory April 3, 2025.

On August 15, 2025, the defendant submitted a urine specimen to the U.S. Probation Office in the Western District of North Carolina which tested positive for cocaine and marijuana use.

Violation 2 - Criminal conduct.

On June 1, 2025, the defendant committed the felony offense of Extortion in Nash County, North Carolina (25CR332154). The warrant for arrest was issued on June 11, 2025, and served on August 1, 2025, in Mecklenburg County, North Carolina. Harrison was released after posting a $1000.00 secured bond on the same date.

In view thereof, we respectfully petition the court for the issuance of a warrant and recommend that the term of supervision be revoked. It is recommended that this petition and order be placed under seal until execution of the warrant. The purpose of sealing this document is to facilitate officer safety and to disallow the defendant's knowledge of issuance of the warrant.

This the 25th day of August, 2025.

Terry Donnell Harrison
Docket No. 4:16-CR-51-1FL
PROB 12C
Page 2

Reviewed and approved,

/s/ Dewayne L. Smith
Dewayne L. Smith
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Matthew A. Fmura
Matthew A. Fmura
U.S. Probation Officer
150 Reade Circle
Greenville, NC 27858-1137
Phone: 252-830-2345
Executed On: August 25, 2025

THE COURT ORDERS:

✓ ISSUANCE OF A WARRANT. This petition and warrant shall remain sealed until the warrant is executed. The Clerk shall provide a copy of the petition and warrant to the U.S. Probation Office and the U.S. Attorney's Office.

☐ OTHER:

/s/ Louise V. Flanagan
Louise W. Flanagan
United States District Judge

8/26/2025
Date

**FOR CLERK'S
REVIEW ONLY**

**DO NOT FILE**

**PACTS#:** 2698833
Terry Donnell Harrison
10441 Grobie Way
Apt. 103B
Charlotte, NC  28216

4:16-CR-51-1FL