UNITED STATES DISTRICT COURT
FOR
EASTERN DISTRICT OF NORTH CAROLINA
Eastern    Division

U.S.A. vs. TERRY DONNELL HARRISON

**RECEIVED**
By USMS-E/NC at 10:22 am, Aug 27, 2025

4:16-CR-51-1FL

TO: [1] U.S. Marshal or Other Qualified Officer.

## WARRANT FOR ARREST

You are hereby commanded to arrest the within-named individual and bring them, forthwith, before United States District Court to answer charges that they have violated the conditions of their supervision imposed by the court

NAME:

TERRY DONNELL HARRISON

SUPERVISION IMPOSED BY:

Terrence W. Boyle, United States District Judge

DATE IMPOSED

7/18/2017

TO BE BROUGHT BEFORE:

Any U.S. Magistrate Judge for Initial Appearance on Motion for Revocation of Supervised Release

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Peter A. Moore, Jr. | *[signature]* | 8/26/2025 |

### RETURN

| WARRANT RECEIVED AND EXECUTED | DATE RECEIVED | DATE EXECUTED |
|---|---|---|
|  |  |  |

EXECUTING AGENCY (NAME AND ADDRESS)

| NAME | BY | DATE |
|---|---|---|

[1] Insert designation of officer to whom the warrant is issued, e.g. " any United States Marshal or any other authorized officer;" or "any United States marshal;" or "any Special Agent of the Federal Bureau of Investigation" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit".